AK LBF 40
(12/18)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ALASKA**

FILED
APR 18 2023
Clerk
U.S. Bankruptcy Court

In re:

(Debtor) and
(Joint Debtor),

Debtor(s).

Case No. *(Case Number)*
Chapter *(Chapter Number)*

## VERIFICATION OF CREDITOR MAILING MATRIX

I [We], __Paul Ritz__ and __Valerie Ritz__, the undersigned
        *(Debtor)*                      *(Joint Debtor)*

debtors, do hereby certify under penalty of perjury that the attached master mailing list of creditors ("Matrix"), or amended master mailing list ("Amended Matrix"), is true and correct to the best of my [our] knowledge, and I [we] assume all responsibility for errors and omissions.

__4/18/23__
*(date)*

__/s/ Paul Ritz__
*(signature of debtor)*

__4/18/23__
*(date)*

__/s/ Valerie Ritz__
*(signature of joint debtor)*

# Creditor Matrix

Department of Law   1031 W. Fourth Av Ste 200   99501

1. Alaska Department of Environmental Conservation
   555 Cordova St
   Anchorage, AK 99501
   Case judgement # 3AN-18-04515
   $5,333,760.60 + $500,000 any add'l accrued fines and interest

2. Matanuska Valley Federal Credit Union
   445 Pittman Rd
   Wasilla, AK 99654
   Case judgement # 3AN-21-04039 CI
   account # 3849
   amount
   887,551.68 + interest
   619,670 + any accrued interest

3. Tenants vs. Ritz
   Case: 3AN-20-07411 CI
   Steven Pugh — 22,000
   Amanda Martin — 20,000
   Brittin Martin-Sheets — 20,000
   Michele Murphy — 20,000
   Ben Murphy — 20,000
   Kayla Long — 20,000
   Andrew Long — 20,000
   Larry Murphy — 20,000
   Estate of Leslie Murphy — 20,000
   Scott Yeargan — 20,000
   Zulema Yeargan — 20,000
   Larry Ledlow, Sr — 20,000
   Stephen Sheets — 20,000
   Matthew Wright — 20,000
   Alaska Legal Services
   1016 W. Sixth Av, Ste 200, Anchorage, AK 99501

Thompson Law Group
880 N Street 101   Anch 99501
acct 01034-Ritz

9778.93
+ accrued interest

Stewart Title Guaranty Company
Claims Counsel - Western Hub - Jennifer Vander Wagen
2055 W. Army Trail Rd, Ste 110
Addison, IL 60101
Claim # 326959 - 3237 Upland Dr, Anch 99504

$164,000

Hyundai Finance
PO Box 660891
Dallas, TX 75266-0891
acct 2114863013

Bank of America
billing inquiries: PO Box 672050
                  Dallas, TX 75267
acct 2647

USAA Credit Card
10750 McDermott Fwy
San Antonio, TX 78288
acct 6247